```
1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709
```

FILED

OCT - 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-MJ-341 GGH |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER UNSEALING COMPLAINT** |
| v. ) | |
| ) | |
| PANG YEAN, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that:

The complaint filed in the above-captioned matter be UNSEALED.

DATED: 10/9/08

HON. KIMBERLY J. MUELLER
United States Magistrate Judge

1