FILED
October 14, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>            Plaintiff,                            )<br>v.                                                        )<br>                                                              )<br>Pang Yean,                                      )<br>                                                              )<br>            Defendant.                       ) | Case No. 2:08-mj-341 GGH<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release _Pang Yean_  Case _2:08-mj-341 GGH_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    ___  Bail Posted in the Sum of _____

    _X_  Unsecured bond in the amount of $25,000, co-signed by 10/15/08.

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond secured by Real Property

    ___  Corporate Surety Bail Bond

    _X_  (Other) Probation conditions/supervision;

Issued at _Sacramento, CA_ on _10/14/08_ at _4:05 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge